UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: )
)
**Patrick Bennett** )
) **CHAPTER 13 PROCEEDINGS**
) **CASE NO.: 17-31239**
)
**Debtor** )
)

    **TAKE NOTICE** that Patrick Bennett has filed papers with the Court to Move TO EXTEND THE AUTOMATIC STAY BEYOND THIRTY (30) DAYS NUNC PRO TUNC & FOR COMPENSATION (No Protest). A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

    <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

    If you do not want the Court to order the Amended Schedules Allowed, or if you want the Court to consider your views on the motion, then on or before **14 days** from the date of this Notice, you or your attorney must do three things:

1. **File with the Court a written response <u>requesting that the Court hold a hearing</u> and explaining your position. File the response at:**

   U.S. Bankruptcy Court, Courtroom # (C1-4)
   401 W. Trade Street, Charlotte, NC 28202

   If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

   Jeanne Ann Pennebaker
   10130 Perimeter Parkway, Suite 200, Charlotte, NC 28216
   Fax # (704)659-4032

3. **Attend the hearing scheduled for September 26, 2017, at 10:00 a.m.** in Courtroom C1-5, United States Bankruptcy Court, 401 W. Trade Street, Charlotte, NC 28202.

    If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD,** and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: <u>August 29, 2017.</u>    /S/JEANNE ANN PENNEBAKER         .
                                                       10130 Perimeter Parkway, Suite 200
                                                       Charlotte, NC 28216
                                                       P(704)602-5233  F(704)659-4032
                                                       State Bar # 39174

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **Patrick Bennett** | ) |
| | ) CHAPTER 13 PROCEEDINGS |
| | ) CASE NO.: 17-31239 |
| **Debtor** | ) |
| | ) |

## MOTION TO EXTEND THE AUTOMATIC STAY BEYOND THIRTY (30) DAYS NUNC PRO TUNC & FOR COMPENSATION

Now comes Debtor, Patrick Bennett, by and through his attorney who seeks to extend the automatic stay for the duration of his plan and shows the following:

1. Debtor initially filed a Chapter 13 proceeding on August 3, 2016 in the Western District of North Carolina.
2. His case was subsequently dismissed by the Chapter 13 Trustee on April 7, 2017, because of his inability to make his plan payments due to a delay of business income.
3. Debtor decided to re-file a second Chapter 13 bankruptcy after the dismissal because he believes that he can now propose a feasible plan.
4. Using the undersigned counsel, Debtor filed a new Chapter 13 proceeding in good faith on July 26, 2017.
5. Debtor believes that this new plan is feasible as he can afford to make the proposed monthly payments.
6. Since Debtor's current filing was within 1 year of his previous filing being dismissed, 11 U.S.C. § 362(c)(3)(A) operates to terminate his automatic stay within 30 days of her filing date.
7. Debtor seeks to extend the automatic stay beyond the thirty (30) days in order to allow him to make his best effort to pay her creditors.
8. The attorney for Debtor seeks a non-base fee of $350.00 for this matter.

**BASED ON THE FOREGOING** Debtor seeks an order extending the automatic stay beyond thirty (30) days for the balance of her case. The attorney for Debtor seeks a non-base fee of $350.00 for this matter.

This the 29th day of August, 2017.

/s/Jeanne Ann Pennebaker
Jeanne Ann Pennebaker
Attorney for Debtor
NC Bar 39174
10130 Perimeter Parkway, Suite 200
Charlotte, NC  28216
(704) 602-5233

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: )
)
**Patrick Bennett** )
) CHAPTER 13 PROCEEDINGS
) CASE NO.: 17-31239
**Debtor** )
)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION TO EXTEND THE AUTOMATIC STAY BEYOND THIRTY (30) DAYS NUNC PRO TUNC, FOR COMPENSATION AND NOTICE OF OPPORTUNITY FOR HEARING** were served upon the following, and any interested creditor by personal delivery or electronic service through the US Bankruptcy Court:

Attached ECF Service List

Today is August 29, 2017.

/s/Jeanne Ann Pennebaker
Jeanne Ann Pennebaker
Attorney for Debtor
NC Bar 39174
10130 Perimeter Parkway, Suite 200
Charlotte, NC 28216
(704) 602-5233

```
Label Matrix for local noticing          United States Attorney                 Charlotte Division
0419-3                                   227 West Trade Street                  401 West Trade Street
Case 17-31239                            Carillon Bldg, Suite 1700              Charlotte, NC 28202-1633
Western District of North Carolina       Charlotte, NC 28202-1675
Charlotte
Tue Aug 29 13:03:33 EDT 2017

Appurgent Care                           Brock & Scott, PLLC                    Charlotte Pediatric Dentistry
11821 Rock Landing Dr                    5431 Oleander Dr # 200                 1110 Navaho Dr Ste 501
Newport News, VA 23606-4207              Wilmington, NC 28403-5857              Raleigh, NC 27609-7369


Chase                                    Credit Control Corp.                   Ford Motor Credit
PO Box 15298                             11821 Rock Landing Dr                  PO Box 542000
Wilmington, DE 19850-5298                Newport News, VA 23606-4207            Omaha, NE 68154-8000


Internal Revenue Service                 Internal Revenue Service               Kross/Lieberman & Stone
P.O. Box 7317                            PO Box 7346                            991 Aviation Pkwy Ste 30
Philadelphia, PA 19101-7317              Philadelphia, PA 19101-7346            Morrisville, NC 27560-8564


Medical                                  Medical                                Mid-Atlantic Emergency Medical
4135 Southstream Blvd # 400              PO Box 1629                            2651 Warrenville Rd Ste 500
Charlotte, NC 28217-4636                 Maryland Heights, MO 63043-0629        Downers Grove, IL 60515-5559


North Carolina Department of Revenue     Optimum Outcomes                       PMAB
Bankruptcy Unit                          PO Box 58015                           4135 Southstream Blvd # 400
P.O. Box 1168                            Raleigh, NC 27658-8015                 Charlotte, NC 28217-4636
Raleigh, NC 27602-1168


SPS                                      US Bank                                Jeanne Ann Pennebaker
PO Box 65250                             PO Box 3447                            Jeanne Ann Pennebaker, PLLC
Salt Lake City, UT 84165-0250            Oshkosh, WI 54903-3447                 10130 Perimeter Parkway
                                                                                Suite 200
                                                                                Charlotte, NC 28216-0197


Patrick Alden Bennett                    Warren L. Tadlock
240 Fenton Pl                            5970 Fairview Road, Suite 650
Charlotte, NC 28207-1914                 Charlotte, NC 28210-2100
```

               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)U.S. Bank National Association        End of Label Matrix
                                         Mailable recipients    22
                                         Bypassed recipients     1
                                         Total                  23